# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PERFECT CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> LENNON IMAGE TECHNOLOGIES, LLC, <br><br> *Defendant.* | Case No. 6:22-cv-01164-ADA <br><br> **Jury Trial Demanded** |

## DEFENDANT LENNON IMAGE TECHNOLOGIES, LLC'S
## MOTION FOR PROTECTIVE ORDER

Defendant Lennon Image Technologies, LLC files this motion for protective order seeking to quash recently served subpoenas on witnesses directly related to Defendant, because they violate the Court's Standing Order staying all discovery until after *Markman*.

On June 1, 2023, Plaintiff served subpoenas seeking documents and deposition testimony from Jerry Lennon, Dan Mitry, and Timothy Salmon (the "Subpoenas", Exhibit 1). These individual witnesses are the patent inventor and principals of Defendant Lennon Image Technologies, LLC.

On June 6, Defendant informed Plaintiff that the Subpoenas were in violation of the Court's Standing Order Governing Proceedings (OGP) 4.3 in Patent Cases. As the Court is aware, discovery on the merits is stayed prior to the *Markman* hearing. In particular, Section 3 of the Standing Order states "[e]xcept with regard to venue, jurisdictional, and claim construction-related discovery, all other discovery shall be stayed until after the *Markman* hearing."

1

Defendant objected to the Subpoenas on behalf of the witnesses via letter on June 13, 2023 (Exhibit 2).

Plaintiff responded via Email that they still expected full compliance with the Subpoenas. (Exhibit 3) in spite of the Court's Standing Order.

Defendant hereby requests the Court enter a protective order that quashes and renders null and void the Subpoenas as being in violation of the Court's Standing Order.

Dated: June 15, 2023

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By: */s/ Christopher M. Joe*
    Eric W. Buether (Lead Counsel)
    State Bar No. 03316880
    Christopher M Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Kenneth P. Kula
    State Bar No. 24004749
    Ken.Kula@BJCIPLaw.com
    1700 Pacific Avenue, Suite 4750
    Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT
LENNON IMAGE TECHNOLOGIES, LLC**

**CERTFICATE OF CONFERENCE**

The undersigned certifies that counsel for the parties have conferred regarding the relief sought in this motion and that Plaintiff, as indicated in Exhibits 2 and 3, is opposed, thereby necessitating the filing of this motion with the Court.

*/s/ Christopher M. Joe*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 15th day of June 2023. Any other counsel of record will be served by facsimile transmission or regular U.S. mail.

*/s/ Christopher M. Joe*