UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PERFECT CORP.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | Civil Action No. 6:22-CV-01164-ADA-DTG |
| **LENNON IMAGE TECHNOLOGIES, LLC,** | § § § § | |
| *Defendant.* | § § § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

| Date | Event |
|---|---|
| October 2, 2023 | Exchange Proposed Claim Terms. |
| October 9, 2023 | Exchange Preliminary Claim Constructions. |
| October 11, 2023 | File Joint Claim Construction Statement. |
| October 13, 2023 | Lennon Files Opening Claim Construction Brief. |
| October 20, 2023 | Perfect Corp. Files Response to Claim Construction Brief. |
| October 27, 2023 | Lennon Files Reply to Claim Construction Brief. |
| October 30, 2023 | File Joint Claim Construction Chart. |
| November 3, 2023 | Markman Hearing. |
| January 29, 2024 | Close of Fact Discovery. |
| February 12, 2024 | Opening Expert Reports. |
| February 12, 2024 | Rebuttal Expert Reports. |
| March 4, 2024 | Close of Expert Discovery. |
| March 11, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If |

|  | it helps the parties to determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days re the results of the meet and confer. |
|---|---|
| March 18, 2024 | Dispositive motion deadline and Daubert motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
|  | Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| March 29, 2024 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| April 15, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 22, 2024 | Serve objections to rebuttal disclosures; file Motions *in Limine*. |
| April 29, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to Motions *in Limine*. |
| May 6, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 8 weeks prior to trial | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| May 14, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine |

2

| May 27, 2024 | Final Pretrial Conference. Held in person unless otherwise requested. |
|---|---|
| June 24, 2024 | Jury Section/Trial. |

**IT IS SO ORDERED.**
**SIGNED** this 27th day of September, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE