UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PERFECT CORP., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 6-22-CV-01164-ADA |
| LENNON IMAGE TECHNOLOGIES, LLC, | § § § | |
| *Defendant*. | § | |

**JOINT MOTION FOR DISMISSAL**

Plaintiff Perfect Corp. and Defendant Lennon Image Technologies, LLC, having reached a settlement, hereby move for an order dismissing all claims asserted by Plaintiff against Defendant WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees, and with the Court to retain jurisdiction over the enforcement of the settlement agreement.

Dated: February 2, 2024                    Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By: */s/ Kenneth P. Kula*
　　Eric W. Buether
　　State Bar No. 03316880
　　Eric.Buether@BJCIPLaw.com
　　Christopher M Joe
　　State Bar No. 00787770
　　Chris.Joe@BJCIPLaw.com
　　Kenneth P. Kula
　　State Bar No. 24004749

　　1700 Pacific Avenue
　　Suite 4750
　　Dallas, Texas 75201
　　Telephone:　(214) 466-1272
　　Facsimile:　(214) 635-1828

**ATTORNEYS FOR DEFENDANT
LENNON IMAGE TECHNOLOGIES, LLC**


**PERKINS COIE LLP**

By: */s/ Matthew C. Bernstein*
　　Matthew C. Bernstein
　　CA State Bar No. 199240
　　MBernstein@perkinscoie.com

　　11452 El Camino Real
　　Suite 300
　　San Diego, California 92130
　　Telephone:　(858) 720-5721
　　Facsimile:　(858) 720-5821

**ATTORNEYS FOR PLAINTIFF
PERFECT CORP.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of record conferred on this 2nd day of February, 2024 and they are in agreement as to the content and relief requested in this motion.

*/s/ Kenneth P. Kula*
Kenneth P. Kula

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 2nd day of February, 2024. Any other counsel of record will be served by regular U.S. mail or facsimile transmission.

*/s/ Kenneth P. Kula*
Kenneth P. Kula