UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PERFECT CORP., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 6-22-CV-01164-ADA |
| LENNON IMAGE TECHNOLOGIES, LLC, | § § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion for Dismissal. The Court has considered the motion, noted its joint nature, and determined it should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that all claims asserted by Plaintiff against Defendant are dismissed **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees, and with the Court retaining jurisdiction over the enforcement of the parties' settlement agreement.

**IT IS SO ORDERED** this 5th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE